UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BONNIE RODOFF,	JUDGMENT
	05-CV- 3869 (ARR)
                    Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                    Defendant.
-----------------------------------------------------------------X

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on March 8, 2006, reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.


Dated: Brooklyn, New York
         March 09, 2006

                                                                          ROBERT C. HEINEMANN
                                                                       Clerk of Court